# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: STEPHEN F BANHIDY
HEATHER M BANHIDY
Debtor(s)

Case No.: 17-14287-jps

UST Form 101-13-FR-S (9/1/2009)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lauren A. Helbling, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2017.
2) The plan was confirmed on 11/02/2017.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 08/02/2019.
6) Number of months from filing or conversion to last payment: 26.
7) Number of months case was pending: 27.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 209,971.26.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $50,194.39 |
| Less amount refunded to debtor: | $762.89 |
| **NET RECEIPTS:** | **$49,431.50** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,623.78 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,123.78** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL STATE OF OHIO | Secured | 5,472.00 | 3,756.25 | 3,756.25 | 830.69 | 196.76 |
| ATTORNEY GENERAL STATE OF OHIO | Unsecured | NA | 711.12 | 711.12 | .00 | .00 |
| CHRISTOPHER K BAXTER | Unsecured | NA | .00 | .00 | .00 | .00 |
| CUYAHOGA COUNTY TREASURER | Secured | 12,991.80 | 3,971.80 | 3,971.80 | 926.65 | 891.24 |
| FEDERAL NATIONAL MORTGAGE ASSO | Unsecured | NA | NA | NA | .00 | .00 |
| JOHN E CODREA ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| KAREN EBERT | Secured | 3,754.68 | NA | NA | .00 | .00 |
| MICHAEL E REARDON ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| OHIO DEPARTMENT OF TAXATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| SUSANA E LYKINS | Unsecured | NA | .00 | .00 | .00 | .00 |
| U S BANK TRUST NATIONAL ASSN | Secured | 268,459.41 | 999,999.99 | 37,584.37 | 37,584.37 | .00 |
| U S BANK TRUST NATIONAL ASSN | Secured | 29,151.59 | 35,063.98 | 35,063.98 | 3,878.01 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: STEPHEN F BANHIDY  
      HEATHER M BANHIDY  
Debtor(s)

Case No.: 17-14287-jps

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| U S BANK TRUST NATIONAL ASSN | Unsecured | NA | .00 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 37,584.37 | 37,584.37 | .00 |
| Mortgage Arrearage: | 35,063.98 | 3,878.01 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 7,728.05 | 1,757.34 | 1,088.00 |
| **TOTAL SECURED:** | 80,376.40 | 43,219.72 | 1,088.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 711.12 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,123.78 |
| Disbursements to Creditors: | $44,307.72 |
| **TOTAL DISBURSEMENTS:** | $49,431.50 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/31/2019      By: /s/Lauren A. Helbling  
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Page 2 of 2    17-14287-jps    Doc 74    FILED 11/13/19    ENTERED 11/13/19 15:28:34    Page 2 of 2    UST Form 101-13-FR-S (9/1/2009)